UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IKEIM C.C. VASTER,<br><br>               Plaintiff,<br>   v.<br><br>WESTERN STATE HOSPITAL, *et al.*,<br><br>              Defendants. | CASE NO. 3:23-cv-5571-JLR-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The Second Amended Complaint is DISMISSED without prejudice for failure to state a claim and this case is CLOSED.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 23rd day of February, 2024.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1